**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6601

JOSEPH ISAIAH ALEXANDER, JR.,

    Plaintiff - Appellant,

    v.

GREENVILLE COUNTY POLICE DEPARTMENT; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; SANDRA KAY ALEXANDER; BETH BURKET; RHONDA ROMANS; DEPARTMENT OF CORRECTIONS HEAD OF CLASSIFICATION,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Donald C. Coggins, Jr., District Judge.  (5:23-cv-01020-DCC)

Submitted:  November 15, 2024                    Decided:  February 6, 2025

Before WILKINSON and WYNN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Isaiah Alexander, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Isaiah Alexander, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Alexander's civil complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.  *Alexander v. Greenville Cnty. Police Dep't*, No. 5:23-cv-01020-DCC (D.S.C. June 7, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*